# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
Case No. 1:24-cv-237

| | | |
|---|---|---|
| JAIMIE ISIAH BROWN and JESSICA BROWN, | ) ) ) | |
| *Plaintiffs,* | ) ) | **COMPLAINT** |
| *v.* | ) ) | |
| THE UNITED STATES OF AMERICA and EVA L. MORGENSTERN, M.D., | ) ) ) ) | |
| *Defendants.* | ) ) | |

Plaintiffs, by and through their undersigned counsel, bring this Action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* ("FTCA"). In support hereof, Plaintiffs show the following:

## NATURE OF THE ACTION

1.  This Action stems from Defendants' failure to timely diagnose and treat Plaintiff Jaimie Isiah Brown's malignant brain tumor while he was undergoing care and treatment from the Charles George Veterans Affairs Medical Center located at 1100 Tunnel Rd., Asheville, N.C. 28805 ("VA Hospital").

## JURISIDCTION AND VENUE

2.  Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

3.  This Court may properly exercise jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1346(b)(1).

4. The United States District Court for the Western District of North Carolina, Asheville Division, is the proper venue for this Action, pursuant to 18 U.S.C. § 1402.

## PARTIES

5. Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

6. Plaintiff Jaimie Isiah Brown is an adult resident of Burke County, North Carolina.

7. Plaintiff Jessica Brown is an adult resident of Burke County, North Carolina.

8. Plaintiffs are and were, at all relevant times, married to one another.

9. The United States of America is a Defendant to this Action because, at all relevant times, the VA Hospital administrators and health care providers, whose tortious conduct caused Plaintiffs' injuries, as detailed elsewhere herein, worked and/or acted within the lawful course and scope of their employment with said Defendant.

10. Defendant Eva L. Morgenstern, M.D., is an adult citizen and resident of Buncombe County, North Carolina ("Defendant Morgenstern").

11. Upon information and belief and at all relevant times, Defendant Morgenstern resides at 16 N. Kensington Rd., Asheville, N.C. 28804.

12. Upon information and belief at all relevant times, Defendant Morgenstern is the chief of the neurology section at the VA Hospital and, at all relevant times, was an agent or employee of the VA Hospital and the United States of America.

## CONDITIONS PRECEDENT

13. Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

14. Defendants' tortious conduct, detailed below and subject to the FTCA, occurred during and was part of a continuing course of treatment by the health care providers of the VA Hospital between October 7, 2021, and December 7, 2021.

15. Pursuant to 28 U.S.C. § 2675(a), Plaintiffs timely presented their claims to the Department of Veterans Affairs, c/o the Office of General Counsel, Torts Law Group.

16. On September 29, 2023, Plaintiffs' Counsel deposited their claim materials with FedEx. As shown by the delivery receipt attached hereto as Exhibit A, FedEx delivered Plaintiffs' claim materials to the Department of Veterans Affairs, c/o the Office of General Counsel, Torts Law Group on October 2, 2023.

17. On December 4, 2023, Defendants provided written confirmation that they received Plaintiffs' claim on October 2, 2023. An accurate, true copy of said letter is attached hereto as Exhibit B.

18. More than six (6) months have elapsed since the presentation of Plaintiffs' FTCA claims but, as of the undersigned date, Plaintiffs' claims have neither been specifically accepted nor denied.

19. From September 29, 2023, to present, Plaintiffs' Counsel has repeatedly sought confirmation from Defendants' counsel regarding the employment statute of Defendant Morgenstern.

20. To date, Plaintiffs' counsel has received zero response to its mail service, email, and telephone communications requesting same.

21. Therefore, Plaintiffs' claims are deemed denied pursuant to 28 U.S.C. § 2675(a).

22. Plaintiffs and their Counsel object to the requirements of Rule 9(j) of the North Carolina Rules of Civil Procedure on the basis that this Rule seems to require Plaintiffs to prove their case before factual discovery is even begun. This Rule denies medical malpractice plaintiffs their rights of due process of law, equal protection under the law, the right to open courts, and the right to a jury trial (in violation of the United States and North Carolina Constitutions), and that Rule 9(j) is an unconstitutional violation of Amendments VII and XIV of the United States Constitution, and Article I, Sections 18, 19 and 25 of the North Carolina Constitution.

23. Without waiving these objections, Plaintiffs' Counsel provides the following information to comply with the requirements of Rule 9(j): The medical care, and all medical records pertaining to the alleged negligence that are available to Plaintiffs after reasonable inquiry, have been reviewed by a person/persons who is/are reasonably expected to qualify as an expert witness under Rule 702 of the Rules of Evidence, and who is/are willing to testify that the medical care did not comply with the applicable standard(s) of care.

24. If the Court later determines that Plaintiffs' Rule 9(j) experts do not meet the requirements of Rule 702(b) or 702(c), Plaintiffs will move to qualify them as

an expert witness under Rule 702(e) of the Rules of Evidence. Plaintiffs hereby move the Court, pursuant to Rule 9(j)(2), to so qualify that person(s).

## **THE FACTS**

25. Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

### FORESEEABILITY

26. It is foreseeable that delayed medical care causes injury and death.

27. Between 2010 and 2011, at least nineteen (19) veterans died because of delayed treatment at VA medical centers.[1]

28. In 2013, delayed diagnoses and treatment at a VA hospital contributed to fifty-two (52) veterans' gastrointestinal cancer.[2]

29. In 2019, a VA hospital failed to follow VHA policy and did not communicate, act on, or document abnormal test results, which delayed the diagnosis and treatment of a veteran's prostate cancer.[3]

30. In 2020, the VA failed to take timely action in response to a veteran's abnormal test results, which delayed a veteran's diagnosis and treatment.[4]

---

[1] Scott Bronstein, et al., *Veterans dying because of health care delays*, CNN (Jan. 30, 2014), https://www.cnn.com/2014/01/30/health/veterans-dying-health-care-delays/index.html (last visited Sept. 19, 2023).

[2] Scott Bronstein, et al., *Hospital delays are killing America's war Veterans*, CNN (Nov. 30, 2013), https://www.cnn.com/2013/11/19/health/veterans-dying-health-care-delays/index.html (last visited Sept. 19, 2023).

[3] OFF. INSPECTOR GEN., VA OIG 21-03349-186, MULTIPLE FAILURES IN TEST RESULTS FOLLOW-UP FOR A PATIENT DIAGNOSED WITH PROSTATE CANCER AT THE HAMPTON VA MEDICAL CENTER IN VIRGINIA, p. 17, (June 28, 2022), https://www.va.gov/oig/pubs/VAOIG-21-03349-186.pdf.

[4] OFF. INSPECTOR GEN., VA OIG 19-08256-124, DELAYS IN DIAGNOSIS AND TREATMENT AND CONCERNS OF MEDICAL MANAGEMENT AND TRANSFER OF PATIENTS AT THE FAYETTEVILLE VA MEDICAL CENTER, pp. 25-26 (May 19, 2020), https://www.va.gov/oig/pubs/VAOIG-19-08256-124.pdf.

31. In 2021, "deficiencies in supervisory oversight of test results and . . . care coordination led to a delay in [a] patient's diagnosis of lung cancer"[5] and a veteran lost his chance to treat his lung cancer when the VA delayed follow-up care.[6]

32. Because it is foreseeable that delayed care causes injury and death, VHA Policy Directive 1088 mandates that all "test results requiring further action must be communicated . . . to patients no later than seven (7) calendar days from the date on which the results are available."

33. An accurate, true copy of VHA Policy Directive 1088 is attached hereto and fully incorporated by reference as Exhibit C.

### JAIMIE ISIAH BROWN AND JESSICA BROWN



34. Jaimie enlisted in the United States Navy in 2006. His Naval career ended prematurely because of a health condition, and he was honorably discharged in 2007.

---

[5] OFF. INSPECTOR GEN., VA OIG 20-03700-35, DELAYED CANCER DIAGNOSIS OF A VETERAN WHO DIED AT THE RAYMOND G. MURPHY VA MEDICAL CENTER IN ALBUQUERQUE, NEW MEXICO, p. 24 (Nov. 23, 2021), https://www.oversight.gov/sites/default/files/oig-reports/VA/VAOIG-20-03700-35.pdf.

[6] OFF. INSPECTOR GEN., VA OIG 21-01038-49, DEFICIENCIES IN A PATIENT'S LUNG CANCER SCREENING, RENAL NODULE FOLLOW-UP, AND PROSTATE CANCER SURVEILLANCE AT THE VA SOUTHERN NEVADA HEALTHCARE SYSTEM IN LAS VEGAS, pp. 15-16 (Dec. 16, 2021), https://www.oversight.gov/sites/default/files/oig-reports/VA/VAOIG-21-01038-49.pdf.

35.  In 2010, Jaimie and Jessica were married. They have two minor children together – Madison, 13, and Isaiah, 11.

36.  On February 28, 2017, during a routine disability examination at the VA Hospital by Katherine C. Moretz, PA, Jaimie reported experiencing "constant, pulsating, or throbbing head pain on both sides of [his] head." He reported that these headaches made him nauseous and sensitive to sound. Physician's Assistant Moretz noted that Jaimie's headaches were so severe that they may cause "decreased concentration and decreased stamina" and further noted as follows:

```
The Veteran is service connected for stress induced headaches.  He
reports that he has more severe headaches at times, usually 2 to 3 times
per week, with lesser ones fairly constant.  He is unsure as to what
will trigger a headache, sometimes feeling that bright lights can be a
cause.  He has no visual changes.  He is sensitive to sound when
experiencing a severe headache which is helped by lying down with lights
off.  Headaches are in the frontal area to the temporal areas, sometimes
radiating around his head as if he is wearing a band, sometimes
throbbing, the more severe with sharp pain.  He takes Tylenol or Advil
for relief which is usually not successful.  He states that he has not
left work due to a headache.
```

37.  On June 13, 2019, Jaimie requested a window tint permit because sunlight exacerbated his headaches, which he said he had suffered "for years."

38.  On July 8, 2019, Dale Gordineer, M.D. – Jaimie's primary care physician at the VA Hospital – signed a window tint permit for Jaimie and prescribed Sumatriptan (50 mg tablets) for his migraines.

39.  On July 18, 2019, migraines were officially added to Jaimie's "problem list" in his VA Hospital records.

40.  On August 18, 2020, Jaimie requested and received refill of his migraine medication.

41. On October 14, 2020, Dr. Gordineer treated Jaimie via telehealth for a routine primary care visit. Jaimie's primary concern during this appointment was pain in his right knee, but he also reported that he was still experiencing migraines.

42. On August 27, 2021, Jaimie told Jessica "I just . . . I have the worst headache. I feel like I'm just gonna throw up everywhere." He went to the bathroom. A few minutes later, Jessia found Jaimie convulsing on the bathroom floor. Their children called 911. When EMS arrived, they documented their initial assessment of Jaimie as follows:

| Initial Assessment | | |
|---|---|---|
| **Subcategory** | | |
| Mental Status | + | Confused, Event Oriented, Person Oriented, Place Oriented, Time Oriented |
| | – | Combative, Hallucinations, Other, Unresponsive |
| Skin | – | Cold, Cyanotic, Diaphoresis, Hot, Jaundiced, Lividity, Mottled, Pale |
| Head/Face | – | Drainage, Facial Droop, Mass, Other, Swelling |
| Eyes | – | Left: Blind, Left: Constricted, Left: Dilated, Left: Non-Reactive, Right: Blind, Right: Constricted, Right: Dilated, Right: Non-Reactive |
| Neck/Airway | | Compromised, JVD, Obstructed, Other, Stridor, SubQ Air, Tracheal Deviation |
| Neurological | – | Abnormal Gait, Facial Droop, Other, Seizures, Slurred Speech, Tremors Weakness Left-Sided, Weakness Right-Sided |

43. EMS rushed Jaimie to CHS Blue Ridge Morganton hospital. There, Jaimie suffered a seizure and underwent a CT scan without contrast of his head. Mark Brinckman, M.D. reviewed the CT scan and concluded that Jaimie's head CT showed no acute hemorrhage, midline shift, masses, mass effect, or evidence of acute infarct. Jaimie was released later that same night.

44. On August 28, 2021, Jaimie went to the VA Hospital emergency room. He was terrified that he was going to have another seizure because of a "mild left aching in his left temple," and he was feeling "foggy and forgetful." Jaimie underwent a follow-up heat CT with contrast. Although there were shadows visible on the

contrast CT that should have been followed up with an MRI, the only action taken by Defendant was to refer Jaimie to Defendant Morganstern, "about management and follow-up."

45. On August 31, 2021, a scheduler from the VA Hospital called Jaimie and spoke with Jaimie and his wife. Jaimie asked to be seen sooner than the next available date of 09/11/2021. No instruction was given for the family to get the MRI quickly.

46. On September 2, 2021, Defendant Morgenstern examined Jaimie at the VA Hospital and noted as follows:

```
Impression: Witnessed generalized seizure, first, no clear provoker though
medication cessation could be considered in the past this has not caused
similar. Examination is unrevealing. CT imaging is normal with contrast, a MRI
will be done as well with epilepsy protocol, they prefer closer to home due to
transportation and will ask for community care. Nothing to suggest fever, or
prolonged encephalopathy, no CSF studies were done.
        Options to manage both BAD and seizure recurrence include depakote,
LTG, or oxcarbazepine. These are discussed with DR Hartnagel and Mr Brown. Mr
Brown elects to try oxcarbazepine, begging as 300mg BID. He will transition off
the depakote he restarted 5 days ago after he has been on the OXC for several
days and tolerated. S/E including rash, hyponatremia are discussed. Dr Hartnagel
plans phone f/up and I have place CID for same.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 09/02/2021 18:27
```

47. On September 2, 2021, Defendant Morgenstern ordered an MRI of Jaimie's head. No instruction was given for the family to get the MRI quickly, and an MRI was not done on September 2, 2021, while Jaimie was at the VA Hospital.

48. Jaimie expressed that he preferred to get an MRI closer to home because of transportation and community care issues. As the sole caregivers for 2 children and one disabled adult, transportation and care were on-going issues for Jessica and Jaimie as they drove back and forth from their home in Morganton, N.C. to the VA Hospital in Asheville, NC – 110 miles round trip. Jessica had to take

off from work to drive and be present with Jaimie because he could not drive following his seizure.

49. The VA Hospital scheduled Jaimie's MRI for October 7, 2021 – more than a month after his seizures – at CHS Blue Ridge Morganton.

50. On October 7, 2021, Jaimie underwent an MRI, which produced the following images:



51. The October 7, 2021 MRI showed that Jaimie had a large 5.9 cm mass in his brain. Additional, more detailed findings included the following:

```
FINDINGS:
There is an expansile, T2-hyperintense mass lesion centered in the left inferior temporal gyrus and left fusiform gyrus with
involvement of the para hippocampal gyrus. There is mild local mass effect without herniation. There is also abnormal
T2-hyperintensity and enlargement of the left hippocampal head, body and tail, which could represent tumor involvement
or be seizure related. In total, the region of signal abnormality measures up to 5.9 x 4.9 x 2.5 cm.

Please note that postcontrast imaging was not obtained.

There is no acute infarction, acute intracranial hemorrhage, significant mass effect or hydrocephalus. Expected arterial
flow voids are identified near the skull base. Visualized extracranial soft tissues are without significant abnormality.

IMPRESSION:
1. There is a 5.9 cm expansile mass lesion centered within the left temporal lobe. Astrocytic neoplasm is favored. Herpes
encephalitis and limbic encephalitis are also possible but less likely. Postcontrast imaging is warranted.
2. Abnormal signal within the left hippocampus could relate to recent seizure activity or represent further extension of
presumed neoplasm.
  The Radiology Clerk/ACA initiated notification of report findings to a health care provider for this patient at time of
  dictation (at 08:09 hours on 10/8/2021). Specific documentation including names of Radiology ACA/Clerk, health care
  provider responsible for patient, as well as date and time of communication are documented in the Primordial system.
Seat: 01-IRAD-NEURO1
D: 10/8/2021 8:10 AM
Verified BY: Aaron Baer
***** Final *****

Verified:  10/08/2021 8:11 am     BAER , AARON H MD

Signed (Electronic Signature):  10/08/2021 8:11 am

Transcribed by: RC
```

52. On October 7, 2021, Angela of CHS Blue Ridge Morganton called the VA Hospital to immediately inform the VA Hospital of the serious findings on Jaimie's critical MRI, and same was documented in the VA Hospital records as follows:

```
FUV-Follow up call made to provider/vendor to check on status.
COM-Additional Comments:
Angela called from provider to indicate Mr. Brown was seen on 10/07/21,
and that "there were signficate findings on the MRI".
COM----------
```

53. Notwithstanding the significant findings, VA Hospital took no further action to act on Jaimie's critical MRI.

54. On October 8, 2021, Angela of CHS Blue Ridge Morganton reached out to the VA Hospital and indicated that she would fax the results of the MRI that same day as follows:

```
COM-Additional Comments:
Alert to NN Debbie B. that Angela indicated she will fax us the chart
notes and results of the MRI to (828) 299-5961 today.
COM----------
```

55. An "alert to NN Debbie B." was made to keep an eye out for the significant MRI findings for Jaimie.

56. Notwithstanding the significant findings, the VA Hospital took no further action to act on Jaimie's critical MRI.

57. On October 8, 2021, Dr. Aaron Baer of CHS Blue Ridge Morganton faxed the MRI findings and scans to Defendant Morgenstern at the VA Hospital. Given how serious and urgent the findings were, Dr. Baer documented that he had the Radiology Clerk/ACA call and initiate verbal notification of the report findings to the VA Hospital, and specific documentation including names of the Radiology ACA/Clerk and the VA Hospital health care provider responsible for the patient were documented in the CHS Blue Ridge electronic medical record system.

58. On October 8, 2021, the VA Hospital confirmed that Jaimie's 10/07/2021 MRI at CHS Blue Ridge Morganton was complete, and that the VA Hospital received a copy of Jaimie's MRI Radiology Report.

59. Notwithstanding the serious findings, the VA Hospital took no further action to act on Jaimie's critical MRI.

60. On October 10, 2021, Misty O'Brien of the VA Hospital entered a note in Jaimie's VA Hospital records that Jaimie's Radiology Report was scanned and saved into his VA Hospital records as follows:

```
 LOCAL TITLE: COMMUNITY CARE-CONSULT RESULT NOTE
STANDARD TITLE: NONVA CONSULT
DATE OF NOTE: OCT 07, 2021@08:00     ENTRY DATE: OCT 10, 2021@17:08:03
     AUTHOR: OBRIEN,MISTY D      EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

The following Non VA/Community Care consult has been completed.  See scanned
document for report.
NON VA/Community Care Consult Results
  Radiology
     Comment: MRI DOS:10/07/21 Radiology Report

Approved Asheville
Medical Records Committee
June 27, 2012

/es/ MISTY D OBRIEN
AMSA
Signed: 10/10/2021 17:08
```

61. Notwithstanding the serious findings, the VA Hospital took no further action to act on Jaimie's critical MRI.

62. On October 15, 2021, Tonya B. Tipton, LPN, of the VA Hospital spoke with Jaimie and/or Jessica about a refill of Jaimie's medications. There was no mention of Jaimie's critical MRI results.

63. On October 18, 2021, Cindy M. Vickers, Lead AMSA of the VA Hospital, noted that she called Jaimie to schedule a follow-up visit. There was no mention of Jaimie's critical MRI results.

64. On October 25, 2021, Jaimie called the VA Hospital with symptoms of back pain and requested a chiropractic referral. There was no mention of Jaimie's critical MRI results.

65. On the same date, October 25, 2021, Terisa N. Goodman, LPN called Jaimie to advise that he was overdue for his annual checkup and to schedule an appointment. There was no mention of Jaimie's critical MRI results.

66. On November 2, 2021, Jaimie had a ten-minute telephone appointment with Defendant Morgenstern. Defendant Morgenstern did not discuss Jaimie's critical MRI results during that call, as shown by her note:

```
I reached Mr Brown at his home and spoke with him for ten minutes in f/up of
seizure disorder, bipolar disease, and migraine after a consult in person on
9/2/21 at which we agreed to taper off depakote as ineffective and trial
oxcarbazepine, in conjuntion with his Psychiatrist's approval. Current meds are:
=====================================================================
1)    OXCARBAZEPINE 6600MG TAB TAKE ONE half BID  ACTIVE
          BY MOUTH  MOOD/SEIZURE PROTECTION
2)    SERTRALINE HCL 100MG TAB TAKE ONE-HALF TABLET BY        ACTIVE
          MOUTH DAILY -- FOR MOOD
He reports that in regards to mood, oxcarbazepine seems to be an improvement. H
is actually taking as 1/2 tab twice a day,has not had any witnessed nocturnal
seizures though wife says at times he has "shaking" in his sleep that does not
seem to be a seizure. She was not available to further clarify.
Headaches continue to be a concern, several /week. He does not find sumatriptan
helpful but is open to trial eletriptan before abandoning.  It does not appear
that he has had beta blocker as prophy for migraine and this could be added in
the near future after we step up the OXC somewhat to assure good seizure
prophylaxis. He is agreable to 450mg BID which I will mail and requires him to
take 1.5 of 300mg tabs, rather than half of the current 600mg tabsl. He repeats
understanding.
On the phone he was alert, appropriate. Sleep is fairly good except for
headaches at times.
impression: Single nocturnal generalized seizure, EEG was normal on 9/7/21.
              Bipolar disorder
              Migraines
plan: phone f/up in December please, ok to overbook. Increase OXC to 450mg BID
          Trial eletriptan as alternate.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 11/02/2021 18:10
```

67. On or about November 3, 2021, a letter was sent via snail mail to Jaimie to remind him to schedule his next (December) appointment. Additional calls were made to Jaimie's residence on November 5 and 10, 2021, but there is no indication that a voicemail was left. There was no mention of Jaimie's critical MRI results.

68. On November 30, 2021, Jaimie called the VA Hospital and spoke with Lynda F. Wood, RN. He reported that he was still suffering from migraines and asked to have his medication changed.

69. There was no mention of Jaimie's critical MRI results.

70. Lynda F. Wood, RN, entered the following note in the records of the VA Hospital, which Defendant Morgenstern received on November 30, 2021:

```
Comments:
The vet called stating that he has still been getting migraines and is
requesting to get his medication changed. Please call.

Nurse Notes:
followed by neurology for migraines,has upcoming appt 12/28/2021 12:00 ASH/
NEUROLOGY FOLLOWUP MD1

He is also overdue for annual with lab with primary care,please schedule


/es/ LYNDA F WOOD
RN
Signed: 11/30/2021 08:58

Receipt Acknowledged By:
11/30/2021 12:23      /es/ CANDACE L CARRINGER
                          ADVANCED MSA
11/30/2021 16:02      /es/ EVA L MORGENSTERN, MD
                          CHIEF, NEUROLOGY SECTION
```

71. On November 30, 2021, Jessica called the VA Hospital and spoke with Sharon A. Dalton, LPN. Jessica reported that Jaimie had been suffering from increased headaches for the past two weeks, that the pain was uncontrollable, and that Jaimie was nauseous and sensitive to light. She reported that Jaimie's medications were not helping his headaches and asked for advice on how to proceed. There was no mention of Jaimie's critical MRI results.

72. On November 30, 2021, Defendant Morgenstern was informed of Jessica's call, as shown below:

```
 LOCAL TITLE: NEUROLOGY NURSE PHONE NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: NOV 30, 2021@09:17    ENTRY DATE: NOV 30, 2021@09:17:17
      AUTHOR: DALTON,SHARON A    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Veterans spouse called this morning.  veteran was in the backgord talking.  HE
has had increased headaches for the last two weeks. has been unable to control
the pain. started taking his Sumatriptan again. he is also taking the newly
prescribed eletriptan with no relief. he has some nausea and light sensitivity.
Veteran and his spouse are asking for advise.

/es/ SHARON A DALTON
LPN
Signed: 11/30/2021 09:21

Receipt Acknowledged By:
11/30/2021 15:48    /es/ EVA L MORGENSTERN, MD
                         CHIEF, NEUROLOGY SECTION
```

73. On December 1, 2021, Jessica called the VA Hospital and spoke with Sue Rhodes, BSN, RN-BC. She reported that Jaimie was still suffering from headaches and asked to speak with Defendant Morgenstern.

74. As shown below, Defendant Morgenstern was made aware of this call but took no action to communicate Jaimie's critical MRI results:

```
Comments:
Patient's wife calls requesting a return call from Neurologist to discuss his
ongoing headaches and possible medication changes. Ask that I forward this to
patient's provider.

Receipt Acknowledged By:
12/01/2021 17:04    /es/ EVA L MORGENSTERN, MD
                         CHIEF, NEUROLOGY SECTION
12/01/2021 09:36    /es/ SHARON A DALTON
                         LPN
```

75. On December 1, 2021, Defendant Morgenstern called Jaimie later that afternoon and spoke with him about his headaches and medication. There was no mention of Jaimie's critical MRI results.

76. This is Defendant Morgenstern's note for that call:

```
I spoke with Mr Brown by phone for 18 minutes, additionally spoke with Dr
Hartnagel, who has a f/up visit with this patient 12/14.
No seizures but headaches are worse, he believes the OXC is making it worse. He
was taking 450mg bid. He had been on depakote 1000mg at bedtime which was
adequate with low dose sertraline to managed BAD, per Dr Hartnagel.
He has not been on Topiramate. Had ill effects from Lamotrigine in the past, but
not rash.
Regarding headaches, eletriptan, excedrin migraine are not helpful.
For now, he will drop OXC to 300mg BID and resume depakote 1000mg bedtime. I
will mail rx for 1500mg bedtime which would be a more adequate dose for seizure
protection. We can further taper OXC off.  If pattern of headaches is not
improved with resumption of depakote, he may be a candidate to trial topiramate
(with some caution in combination with VPA due to ammonia issue), beta blocker
may have negative mood effects, and Aimovig a possibility if can be approved
with this documentation of concerns about other combinations.
He has f/up with me on 12/28.
     Diagnosis: BAD, seizure, migraine.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 12/01/2021 16:30
```

77. On December 1, 2021, just a few hours after speaking with Defendant Morgenstern, Jaimie presented to the CHS Blue Ridge Morganton emergency room with a "7/10" headache. He reported a chronic headache of two weeks that waxed and waned, but pain could not be relieved. Jaimie received fluids and was advised to follow up with Defendant Morgenstern as soon as possible before being discharged later that night.

78. The VA Hospital requested Jaimie's records for the 12/01/2021 ER visit the next day.

79. Jaimie went back to the CHS Blue Ridge Morganton emergency room at 9:36 a.m. on December 4, 2021 with a severe "15/10" headache. He described the headaches as "severe, constant." CHS Blue Ridge Morganton discharged Jaimie a few hours later and advised him to follow up with his neurologist – Defendant Morgenstern.

80. Notably, Jaimie's medical record for this ER visit show his understanding as follows:

> patient reports he had MRI and EGG 1 month prior. Thinks these tests were normal but will go over with his neurologist 12/28 at VA

81. On December 5, 2021, Jessica called the VA Hospital and spoke with Donna D. Rice, NTCP. She reported that Jaimie had made multiple trips to the ER and nothing helped his migraines:

```
Nurse Notes:
Veteran's spouse calling because veteran has made multiple trips to the ER over
the last few days for migraines and nothing has helped.  She is requesting
provider call him in medication.  Advised that was not an option. Offered
triage and she declined. Please call veteran to discuss

Class Code: Other specified counseling.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 12/05/2021 @ 1:26:43 PM
Ending at: 12/05/2021 @ 1:29:28 PM
Length: 2 minutes.

Author: RICE,DONNA D

Patient's Email Address:


/es/ Donna D Rice RN
Network Telephone Care Program (NTCP)
Signed: 12/05/2021 13:31
```

82. The next day, Lynda F. Wood, RN, amended the above note as follows:

```
12/06/2021 ADDENDUM                        STATUS: COMPLETED
Patient is followed by neurology.Last phone appt wiht neurology on:12/1/21.
noted went to  UNC Health Blue Ridge on 12/1/21

has upcoming appt with primary also for annual,needs to come in prior to
12/14/21 for labs.

12/06/2021 ADDENDUM                        STATUS: COMPLETED
noted the appt on 12/14/21 is mhc,not primary care,needs scheduled with primary
care also.
```

83. On December 7, 2021, EMS arrived at Jaimie and Jessica's house at around 9:30 p.m. and found Jaimie lying on his back in bed, with a washcloth over his face. Jessica told EMS that reported "we have been in and out of the hospital with this since Thursday and he's had this migraine for 3 weeks now. His doctor changed his medicine but it's not seeming to help." EMS transported Jaimie to the emergency room of UNC Blueridge Valdese.

84. On December 7, 2021, Jaimie underwent another brain MRI after arriving at the UNC Blueridge Valdese ER. This is what the MRI revealed:



85.  After seeing Jaimie's critical MRI results, the providers at UNC Blue Ridge

Valdese reported as follows:

34-year-old male with history as above presenting the emergency department primarily for altered mental status, this is in the context of several months of progressively worsening headaches and a first-time seizure back in August. Currently on Depakote after several medication changes. Patient is clearly obtunded upon arrival to the ED though protecting his airway without need for urgent intervention. This sounds like this has been a gradual worsening over the past few days per his wife. Beyond his general mental status he is not exhibiting any focal neurologic deficits on a somewhat limited examination. Chart review shows that he had a head CT done in August after his initial seizure which did not show any acute process, however due to his persisting symptoms he did end up having an MRI done October 7, 2021. With findings as copied below, there is concern for approximately a 6 x 5 x 2 cm mass in the left temporal lobe. I spoke with the patient's wife and she confirmed that she was completely unaware of this finding, as she was planning on having review of the MRI findings with someone later this month. This is very likely to be the etiology of his progressively worsening symptoms and new seizures. Lumbar puncture contraindicated. He was ordered for repeat blood work, CT head.

Given his clearly worsening mental status he was ordered for repeat imaging with CT head today. His imaging is very concerning, at this time he has very clear and rapid progression compared to his MRI from 2 months ago to the point where he has obvious left-sided mid shift, effacement of the ventricles and what

is concerning for possible necrotic area in the mass. This could be representative of a glioblastoma. Subsequently spoke with neurosurgery, Dr. Steve Monck, at CMC, per conversation will proceed with medical management with 3% normal saline 250 cc, 10 mg IV dexamethasone and proceed with transfer to CMC for further neurosurgical management. Subsequently spoke with Dr. Jennifer Casaletto in the emergency department as we will arrange for ED to ED transfer to their facility.

86.  On December 8, 2021, Candace L. Carringer, Advanced MSA, for the VA Hospital called Jaimie to schedule a lab appointment.

87.  Again, there was no mention of Jaimie's critical MRI results.

88.  Neither Jaimie nor Jessica answered the call as he was being rushed to a neurosurgery hospital in Charlotte, North Carolina.

89.  On December 8, 2021, Jaimie underwent a decompressive craniectomy.

90.  On December 9, 2021, Jaimie was confused, rambling, and stated that his name was "bat," and the right side of his face was droopy.

91.  Jaimie underwent two procedures on December 13, 2021 – a left sided craniotomy to resect his brain tumor and a cranioplasty to re-attach the section of his skull that was surgically removed on December 8, 2021.

92.  Pathology determined that Jaimie's tumor was a Grade 4 Glioblastoma.

93.  Jaimie was discharged on December 15, 2021.

94.  Although the VA Hospital received copies of the records from Jaimie's medical care on or about October 8, 2021, no one at the VA Hospital was aware of the content of his medical records until December 17, 2021 when his wife called and reported to Lynda F. Wood, RN the following:

```
12/17/2021 ADDENDUM                    STATUS: COMPLETED
spoke to patient's wife,states he had a "brain mass" was discharged form cmc two
days ago,had a craniotomy to release pressure on the brain and then brain tumor
was removed.

wanted to make sure this was covered thru va,he will have several f/u's with cmc
in charlotte and cancer center.


gave he the number to CC and notified I was alerting neurology and primary are
provider.

/es/ LYNDA F WOOD
RN
Signed: 12/17/2021 12:13
```

95. A few hours later, on December 17, 2021, Defendant Morgenstern took the

opportunity to blame Jaimie for her own failure to properly review diagnostic

medical tests and to provide timely treatment:

```
12/17/2021 ADDENDUM                    STATUS: COMPLETED
I am alerted today to the events which have transpired and the discovery of an
initial mass on MRI brain 10/7/21. I cannot see that I documented receiving this
report at that time nor did the patient mention that he had completed the test
when I spoke with him on 11/2 and 12/1. He subsequently had increasing headache
and somnolence and a second MRI was done 12/7/21 showing marked progression of
the temporal lobe mass with central necrosis suggestive of a Glioblastoma. He is
currently receiving neurosurgical treatment in the community.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 12/17/2021 16:06
```

96. On December 21, 2021, Defendant Morgenstern spoke with Jaimie. Up to that

point, no one had yet explained the pathology report on his tumor:

```
DATE OF NOTE: DEC 21, 2021@18:50    ENTRY DATE: DEC 21, 2021@18:50:21
    AUTHOR: MORGENSTERN,EVA L     EXP COSIGNER:
   URGENCY:                        STATUS: COMPLETED

I spoke with Mr Brown tonight for 10 minutes. He is home, tells me that he has
no residual deficits from the surgery, is finishing a taper of decadron. His
appointment with the neurosurgeon is 1/4/22, there has as yet been no discussion
as to what the pathology showed. I told him that it was good he pushed the
increasing symptoms to our attention by going to the ER when needed. I told him
that I could not confirm that I had actually seen the report on the first MRI
until 12/7/21 and felt badly about this. For now he is on Depakote only for
seizures, OXC tapered off.
He will need a NeuroOncology referral and he will discuss this with the surgeon,
options may include DUMC or WFU or Carolinas. He agrees to keep me informed to
continue to assure that on the VA end we have made resources fully available.
Diagnosis: Glioma. Seizures. recent craniotomy, path pending.
(I did alert Dr Gordineer earlier today and will cosign him  to this note as he
requested.) I also spoke with Deb Baker, Community Care, to assure that
authorization of care is expedited to include the completed surgery.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 12/21/2021 18:59

Receipt Acknowledged By:
12/22/2021 06:00       /es/ DALE GORDINEER
                           PHYSICIAN
```

97. On December 23, 2021, the Chief of the Quality Management Department of the VA Hospital, Kim M. Pierce, RN, MSN, spoke with Jaime and Jessica as part of the Institutional Disclosure of an Adverse Event.

98. During this discussion, the VA Hospital admitted that the VA Hospital did not relay the results of his October 7, 2021 MRI to Jaimie in a timely manner, and, Jaimie's diagnosis was delayed.

99. On December 28, 2021, Defendant Morgenstern evaluated Jaimie. In her notes for this exam, as shown below, Defendant Morgenstern admitted that Jaimie's October MRI "was not received by me in any form that I can retrieve in the record," but he had "ER visits with increasing headache" and "clear neurologic decline:"

Impression: Brain mass, c/w glioma, presenting as first seizure in September with normal CT, MRI in october in community was not received by me in any form that I can retrieve in the record. Subsequent ER visits with increasing headache led to repeat imaging and progression of mass and mass effect noted in setting of clear neurologic decline. He has undergone surgery without apparent residual deficit. He tolerated decadron without mood disruption. Pathology pending, tertiary referral in place for consultation/management as needed. I review the possible signs of partial seizures. Dose of 1500 Depakote for his size would not be too much, it was originally part of his mood management. Secure messaging may be a helpful tool to include us in helping to meet needs that arise as his care plan is better defined. A message was sent this PM.

/es/ EVA L MORGENSTERN, MD
CHIEF, NEUROLOGY SECTION
Signed: 12/28/2021 17:50

# FIRST CAUSE OF ACTION
## *Medical Malpractice*

100. Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

101. Jaimie's diagnosis was significantly delayed because Defendant Morgenstern, and the other physicians, nurses, and other healthcare providers responsible for or involved with Jaimie's care and treatment at the VA Hospital did not relay the results of his October 7, 2021 MRI to him in a timely manner.

102. Defendant Morgenstern and the other physicians, nurses, and other healthcare providers responsible for or involved with Jaimie's care and treatment at the VA Hospital owed Jaimie a duty to provide medical care in accordance with the standards of practice among members of the same health care profession with similar training and experience situated in the same or similar communities at the time.

103. Defendant Morgenstern and the other physicians, nurses, and other healthcare providers responsible for or involved with Jaimie's care and treatment at the VA Hospital were negligent in that they:

    a. ignored warnings of "significant" findings in MRI;

    b. ignored please for help from Jaimie and his wife while Jaimie was suffering greatly;

    c. failed to properly monitor, test, and evaluate Jaimie's health and medical condition when he presented to them for treatment between October 7, 2021, and December 7, 2021;

d.  failed to properly and accurately interpret the results of Jaimie's October 7, 2021 MRI;

e.  failed to properly and timely communicate the critical results of Jaimie's October 7, 2021 MRI to him;

f.  failed to properly and timely schedule or coordinate follow-up care for Jaimie after receiving the critical results of his October 7, 2021 MRI;

g.  failed to properly categorize Jamie's October 7, 2021 MRI as requiring follow-up action within seven (7) days, in accordance with VHA Directive 1008;

h.  failed to provide, possess, and exercise that degree of professional knowledge and skill which other members of their profession and/or specialty, with similar training and experience, situated in the Asheville and Buncombe County community or similar communities, ordinarily possess and exercise;

i.  failed to exercise their best judgment in the care and treatment of Jaimie;

j.  failed to exercise reasonable care and diligence in applying their purported knowledge and skill toward the treatment and care of Jaimie;

k.  failed to contact Jaimie to advise and/or notify him of the critical result of his October 7, 2021 MRI, day-to-day, from October 7, 2021, to December 7, 2021; and

l.  failed to take other actions that may be shown during discovery or at trial.

104. The negligence of Defendant Morgenstern and the other physicians, nurses, and other healthcare providers responsible for or involved with Jaimie's care and treatment at the VA Hospital occurred within the course and scope of their employment with Defendant the United States of America.

105. Defendant the United States of America is liable for the negligence of Defendant Morgenstern and the other physicians, nurses, and other healthcare providers responsible for or involved with Jaimie's care and treatment at the VA Hospital under the doctrine of *respondeat superior* and/or common law principles of agency.

106. As a direct and proximate result of the negligence complained of above, Jaimie and Jessica Brown suffered injuries and harm as set forth herein. In addition, Jaimie suffered pain and suffering and a decrease in life expectancy related to the delayed diagnosis and medical care for his brain tumor. As a result, Plaintiffs endured physical pain and mental suffering and suffered other damages including loss of consortium and lost wages.

107. As the foreseeable, direct, and proximate result of Defendants' negligence, as alleged herein, Plaintiffs were damaged in an amount exceeding $25,000.00, as demanded in their Federal Tort Claim.

## SECOND CAUSE OF ACTION
### *Corporate/Administrative Negligence*

108. Plaintiffs fully incorporate by reference each of the foregoing allegations, as if fully set forth verbatim herein.

109. Defendants owed Jaimie a corporate/administrative duty to provide and implement effective systems of communication for critical diagnosis and follow-up care.

110. Defendants owed Jaimie a corporate/administrative duty to follow all internal safety policies and procedures – including VHA Directive 1008.

111. Defendants breached their corporate/administrative duties of care when they:

   a. ignored medical records;

   b. ignored other medical providers giving warnings of "significant" findings;

   c. failed to have a system in place to flag, highlight, and ensure that "significant" findings are dealt with in sufficient urgency to allow for proper and timely treatment;

   d. failed to provide or implement a system to communicate with patients about critical diagnosis and follow-up treatment;

   e. failed to provide or implement a system to ensure providers were properly and timely notified whenever a patient's critical test results were received;

   f. failed to follow internal policies and procedures to communicate with patients about critical diagnosis and follow-up treatment;

   g. failed to follow other patient safety policies and procedures – including VHA Directive 1008; and

   h. failed to take other actions that may be shown during discovery or at trial.

112. Defendants' failures, as alleged herein, continued day-to-day from October 7, 2021, to December 7, 2021.

113. As a direct and proximate result of the negligence complained of above, Jaimie and Jessica Brown suffered injuries and harm as set forth herein. In addition, Jaimie suffered pain and suffering and a decrease in life expectancy related to the delayed diagnosis and medical care for his brain tumor. As a result, Plaintiffs endured physical pain and mental suffering and suffered other damages including loss of consortium and lost wages.

114. As the foreseeable, direct, and proximate result of Defendants' negligence, as alleged herein, Plaintiffs were damaged in an amount exceeding $25,000.00, as demanded in their Federal Tort Claim.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for a judgment against Defendants, jointly and severally, as follows:

1. That Plaintiffs have and recover a money judgment in the amount of $2,000,000.00, as demanded in their Federal Tort Claim;

2. That the costs of this action, together with all interest to which Plaintiffs are legally entitled, be taxed against Defendants;

3. For a trial by jury; and

4. For all other relief to which Plaintiffs may be entitled, and that which this Court deems just and proper.

Respectfully submitted on this, the 12th day of September 2024.

By: /s/ *Rachel A. Fuerst*
     Rachel A. Fuerst
     N.C. State Bar Number: 28273
     Attorney for Plaintiffs Jaimie Isiah Brown and Jessica Brown
     HENSON FUERST, P.A.
     3110 Edwards Mill Rd., Ste. 100
     Raleigh, N.C. 27612
     F: (919) 781-8048
     T: (919) 781-1107
     E-mail: rfuerst@lawmed.com

By: /s/ *C. Jordan Godwin*
     C. Jordan Godwin
     N.C. State Bar Number: 56316
     Attorney for Plaintiffs Jaimie Isiah Brown and Jessica Brown
     HENSON FUERST, P.A.
     3110 Edwards Mill Rd., Ste. 100
     Raleigh, N.C. 27612
     F: (919) 781-8048
     T: (919) 781-1107
     E-mail: jgodwin@lawmed.com