IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00237-MR-WCM

| JAMIE ISIAH BROWN and JESSICA BROWN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| THE UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss Count Two of Plaintiffs' Complaint and for Extension of Responsive Pleading Deadline [Doc. 10].

For the reasons stated therein, the parties' Motion is granted.

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion [Doc. 10] is **GRANTED**, and the Plaintiffs' claim for corporate/administrative negligence as stated in Count Two of the Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Government's deadline to answer or otherwise respond to the Plaintiffs' Complaint is hereby **EXTENDED** to **January 24, 2025**.

**IT IS SO ORDERED**.

Signed: December 30, 2024

Martin Reidinger
Chief United States District Judge